**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 11-20927-CIV-ALTONAGA**

**IN RE APPLICATION OF DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT,**

Petitioner,

vs.

**JOAO MAXIMIANO DE OLIVEIRA,**

Respondent.

______________________________/

**ORDER GRANTING IMMIGRATION AND CUSTOMS ENFORCEMENT'S PETITION FOR EMERGENCY COURT ORDER TO ADMINISTER NUTRIENTS**

**THIS MATTER** is before the Court upon the Department of Homeland Security, Immigration and Customs Enforcement's (ICE) Petition for Emergency Court Order to Administer Nutrients. The Court has reviewed the Petition and the attached declarations of Captain (Dr.) Abelardo Montalvo, M.D. and Garrett Ripa. The Court finds that an emergency condition exists because Respondent's refusal to eat has caused a significant deterioration in his physical condition, and continued refusal to eat will result in the Respondent's permanent injury or death.

The Court finds, based on Dr. Montalvo's declaration, that Respondent Joao Maximiano De Oliveira, may not survive if his hunger strike continues unless he is force fed nutrients. The Court further finds there is a need to take immediate action pending any challenge by Respondent to the ICE's institution of this suit. Therefore, it is

**ORDERED AND ADJUDGED** that the ICE's Petition is **GRANTED**. The ICE is authorized, through competent medical authority, to involuntarily administer nutrients to

Respondent, through a nasogastric and/or intravenous line if Respondent's hunger strike continues, and the competent medical authority determines immediate medical intervention is necessary. Further, the ICE is authorized, through competent medical authority, to restrain Respondent if he attempts to remove the nasogastric tube and/or intravenous line.

**DONE AND ORDERED** at Miami, Florida, this 18th day of March, 2011.

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: Joao Maximiano De Oliveira
Larkin Community Hospital
7031 S.W. 62nd Avenue
South Miami, Florida 33143

Dexter A. Lee, AUSA